## Bert Heafner, Appellee, v. George Hill, Appellant.

### Gen. No. 43,126.

opinion filed November 6, 1944; released for publication November 24, 1944. Otto A. Kralik, for appellant; Sumner C. Palmer, of counsel; Ralph S. McFarland, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.